# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1061

_____

Roderick Braswell,                            *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
      v.                                      *   District Court for the
                                              *   Eastern District of Arkansas.
F. Brown, Captain, East Arkansas              *
Regional Unit, Arkansas Department            *       [UNPUBLISHED]
of Correction; J. Banks, Assistant            *
Warden, East Arkansas Regional Unit,          *
Arkansas Department of Correction;            *
Larry Norris, Director, Arkansas              *
Department of Correction; Lt. McGee,          *
Arkansas Department of Correction,            *
                                              *
            Appellees.                        *

_____

Submitted: April 21, 2000
Filed: April 25, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Roderick Braswell, an Arkansas inmate, appeals the District Court's[1] dismissal of his civil rights action following an evidentiary hearing. After careful review of the record and the parties' briefs, we conclude that the District Court did not err in dismissing Braswell's complaint. Accordingly, we affirm the judgment of the District Court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.